# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARELLANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUOSO SOURCING GROUP, LLC,<br><br>Defendant. | Case No.: 3:17-cv-00681-H-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 16] |

On January 11, 2018, the parties filed a joint motion to dismiss the case with prejudice. (Doc. No. 16.) The Court grants the motion and dismisses the case with prejudice. Each party will bear its respective costs, including any possible attorney fees or other expenses of litigation.

**IT IS SO ORDERED.**

DATED: January 16, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT